# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JON FREY,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **FRONTIER UTILITIES** | : | |
| **NORTHEAST LLC et al.,** | : | **No. 19-2372** |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 14th day of November, 2019, upon consideration of Plaintiff's Amended Complaint (Doc. No. 11), Defendant Frontier Utilities Northeast LLC's Motion to Dismiss (Doc. No. 17), and Plaintiff's Second Amended Complaint (Doc. No. 36), it is **ORDERED** that the Motion to Dismiss (Doc. No. 17) is **deemed MOOT**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE