DATE OF NOTICE:  DECEMBER 2, 2019

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JON FREY** | : | **CIVIL ACTION** |
| **Individually and on Behalf of a Class of** | : | |
| **All Persons and Entities Similarly Situated** | : | |
| *Plaintiff(s)* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **FRONTIER UTILITIES NORTHEAST, LLC.** | : | |
| *Defendant(s).* | : | **NO.  19-2372** |

### NOTICE OF HEARING

An **ORAL ARGUMENT** on the **MOTION TO DISMISS** (Docket #37) has been scheduled to be held on **February 14, 2020** at **10:00 a.m.** in the above-captioned matter with the Honorable Gene E.K. Pratter in Courtroom 10B, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.  The Oral Argument on Defendant Frontier Utilities Northeast LLC's Motion to Dismiss (Docket # 17) scheduled for December 19, 2019 has been cancelled.

**Judge Pratter strongly urges Oral Argument to be presented by junior counsel on the case.**

        *s/Susan Flaherty*
        SUSAN FLAHERTY
        Civil Courtroom Deputy
        to the Honorable Gene E.K. Pratter
        United States District Court Judge

Copies sent to all parties.