# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JON FREY,**  Plaintiff,  v.  **FRONTIER UTILITIES NORTHEAST LLC, et al.,**  Defendants. | **CIVIL ACTION**  **NO. 19-2372-KSM** |

## ORDER

**AND NOW,** this 29th day of January, 2021, upon consideration of Plaintiff Jon Frey's Motion for a Stay (Doc. No. 92), Defendant Frontier Utilities Northeast, LLC's opposition brief (Doc. No. 94), and Defendant Energy Acquisition Group's notice of joinder in Frontier's opposition (Doc. No. 96), it is **ORDERED** that the motion is **GRANTED,** and the case is **STAYED** pending a ruling by the Supreme Court in *Facebook Inc. v. Duguid*, No. 19-511. The parties shall file a joint status report within **ten days** of the Supreme Court's ruling.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

KAREN SPENCER MARSTON, J.