IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JON FREY,** *INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL PERSONS AND ENTITIES SIMILARLY SITUATED*, <br><br> Plaintiff, <br><br> v. <br><br> **FRONTIER UTILITIES NORTHEAST LLC, et al.,** <br><br> Defendants. | CIVIL ACTION <br><br> NO. 2:19-cv-2372-KSM |

## ORDER

**AND NOW**, this 11th day of March, 2021, upon consideration of Plaintiff's Unopposed Motion for a Stay (Doc. No. 99), and finding good cause for staying this action while the parties attempt to finalize a proposed class action settlement, it is **ORDERED** as follows:

1.  The motion is **GRANTED** and the case is **STAYED** during the pendency of the proposed class action settlement in *Perrong v. Frontier Utilities N.E. LLC*, Case No. 2:20cv-05844-MSG (E.D. Pa.).[1]  Plaintiff shall update the Court on the status of settlement by filing a status report every **three months** until the settlement becomes final or has been rejected by the Court in *Perrong*.

---

[1] This case is currently stayed pending a ruling by the Supreme Court in *Facebook Inc. v. Duguid*, No. 19-511, and the Court previously ordered the parties to file a joint status report within ten days of the Supreme Court's ruling in *Facebook, Inc.* (Doc. Nos. 97–98.)  Although the Court grants an additional stay pending settlement, the parties should still file a brief joint status report alerting the Court that *Facebook, Inc.* has been decided.

2.  Plaintiff's pending Motion for Extension of Deadlines (Doc. No. 93) is **DENIED without PREJUDICE** at this time. If the proposed class action settlement is rejected by the Court in *Perrong* and this matter continues, Plaintiff may refile his motion.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.