IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JON FREY,<br><br>    Plaintiff,<br><br>v.<br><br>FRONTIER UTILITIES NORTHEAST LLC and ENERGY ACQUISITIONS GROUP LLC,<br><br>    Defendants. | Civil Action No. 19-2372-KSM |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between Jon Frey and Energy Acquisition Group, LLC, through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Jon Frey's claims against Energy Acquisition Group, LLC are voluntarily dismissed with prejudice.

Dated:  April 29, 2021                                         Respectfully submitted,

*/s/Anthony I. Paronich*                                       */s/Karen S. Hockstad*

Anthony I. Paronich                                            DINSMORE & SHOHL LLP
PARONICH LAW, P.C.                                             Karen S. Hockstad (*pro hac vice*)
350 Lincoln Street, Suite 2400                                 191 W. Nationwide Blvd., Suite 300
Hingham, MA 02043                                              Columbus, OH 43215
[o] (617) 485-0018                                             T:  (614) 628-6930
[f] (508) 318-8100                                             F:  (614) 628-6890
anthony@paronichlaw.com                                        Karen.hockstad@dinsmore.com

Brian Murphy, *pro hac vice*                                   Joshua M. Link
Jonathan Misny, *pro hac vice*                                 1200 Liberty Ridge Drive, Suite 310
MURRAY MURPHY MOUL + BASIL, LLP                                Wayne, PA 19087
1114 Dublin Road                                               T:  (610) 408-6020
Columbus, OH 43215                                             F:  (610) 408-6021
Telephone: 614.488.0400                                        Joshua.link@dinsmore.com

*Counsel for Plaintiff*                                        *Counsel for Defendant Energy Acquisitions Group, LLC*

REVIEWED AND APPROVED AS TO FORM BY:

/s/ Michael P. Daly

Michael P. Daly (Pa. Bar No. 86103)
Deanna J. Hayes (Pa. Bar No. 324554)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
Phone:  215.988.2700
Fax:  215.988.2757
michael.daly@faegredrinker.com
deanna.hayes@faegredrinker.com

Marsha J. Indych (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036-2714
Phone:  212.248.3140
Fax:  212.248.3141
marsha.indych@faegredrinker.com

*Counsel for Defendant Frontier Utilities Northeast LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served on this 29th day of April, 2021 on all counsel of record via the Court's CM/ECF system.

                                                  */s/Anthony I. Paronich*
                                                  Anthony I. Paronich