IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JON FREY,** *INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL PERSONS AND ENTITIES SIMILARLY SITUATED*,<br><br>Plaintiff,<br><br>*v.*<br><br>**FRONTIER UTILITIES NORTHEAST LLC, et al.,**<br><br>Defendants. | CIVIL ACTION<br><br>NO. 2:19-cv-2372-KSM |

## ORDER

**AND NOW**, this 14th day of May, 2021, upon consideration of Plaintiff's Motion to Dismiss Without Prejudice (Doc. No. 106), Defendant Frontier Utilities Northeast LLC's opposition brief (Doc. No. 108), and the arguments made at the status conference on April 21, 2021 and April 22, 2021, it is **ORDERED** that the motion is **GRANTED.** Plaintiff's claims against Defendant Frontier are **DISMISSED WITHOUT PREJUDICE.** Dismissal is without costs and fees.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter **CLOSED.** **IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.